# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Walter L. HOSLEY, <br><br> Petitioner, <br><br> v. <br><br> Sandra ALFARO, <br><br> Respondent. | Case No.: 15-cv-0877-JAH-AGS <br><br> **ORDER DENYING PETITIONER'S MOTION FOR RESENTENCING (ECF No. 38)** |

Hosley, a state prisoner, has a pending petition pursuant to 28 U.S.C. § 2254 for review of his state court judgment. moves this Court for an order to resentence him as a result of a change in state law. Specifically, he argues that California "Senate Bill[s] 1392 and 1393" requires that this Court "remove petitioner[']s priors, and enhancements." (Mot., ECF No. 38, at 1-2.) But this Court does not sit as an appellate court over state law, *see Estelle v. McGuire*, 502 U.S. 62, 67-68 (1991), and has no authority to resentence Hosley's state criminal judgment due to a change in state law. *See Ozuna v. Pfeiffer*, No. CV 16-7823-SJO(E), 2017 WL 634535, at *6 (N.D. Cal. Aug. 3, 2017) (noting that a change in state sentencing law does not affect the availability of federal habeas relief). Instead, if he seeks resentencing as a result of a change in state law, he must request that relief from the Californian courts. Accordingly, the motion for resentencing is denied.

Dated: August 3, 2018

CLINTON E. AVERITTE
UNITED STATES MAGISTRATE JUDGE

1